UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JASON BRYAN ORLOPP | ) | CASE NO. 19-00543-RLM-7 |
| | ) | |
| Debtors | ) | |

## AMEND MOTION TO STRIKE INADVERTANTLY FILED CHAPTER 7 PETITION

Comes now the Debtor, Jason Bryan Orlopp, by counsel, and hereby filed this Motion to Strike Inadvertently Filed Chapter 7 Petition of the Chapter 7 Petition under Case No. 19-00543-RLM-7 as counsel for Debtor inadvertently filed the wrong client's case in error.  Counsel was filing another Debtor's Chapter 7 Bankruptcy Petition on this date and inadvertently filed Debtor, Jason Bryan Orlopp's Petition in error.

WHEREFORE, Debtor, Jason Bryan Orlopp, by and through counsel respectfully moves the Court to strike the inadvertently filed Chapter 7 Petition under Case No 19-00543, if allowed, and all other relief that the Court deems appropriate in this matter.

Respectfully submitted,

/s/ D.J. Davis

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this foregoing pleading has been served upon the below named parties by electronic mail on this 31th day of January 2019:

Gregory K. Silver
trusteegksilver@yahoo.com,

dawehner@yahoo.com;gks@trustesolutions.net;GKS@trustesolutions.net

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

                                      /s/ D.J. Davis
                                      D.J. Davis

D.J. Davis - 20085-30
Smith Davis LLC
222 N. State St. Suite C.
P.O. Box 99
Greenfield, IN 46140
(317) 477-2777